**Order filed August 9, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00507-CV
_____

**DANFORD MAINTENANCE SERVICE, INC., Appellant**

**V.**

**THE DOW CHEMICAL COMPANY, Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48875**

---

## O R D E R

On May 16, 2012, Danford Maintenance Service, Inc., filed a notice of appeal from the final judgment signed April 16, 2012, and the appeal was assigned to this court under our appellate number 14-12-00507-CV.   On May 29, 2012, The Dow Chemical Company filed a notice of cross-appeal from the same judgment, which was assigned to this court under our appellate number 14-12-00634-CV.

On July 25, 2012, The Dow Chemical Company filed an unopposed motion to

consolidate the cross-appeals. The motion was granted and the court consolidated the two above-referenced causes for all purposes into cause number 14-12-00507-CV. In the motion to consolidate Dow Chemical also requested the court to order a briefing schedule. Accordingly, we order the following:

- Danford's appellant's brief is due 30 days after the record is filed;

- Dow's appellee's and cross-appellant's brief is due 30 days after Danford's brief is filed;

- Danford's reply and cross-appellee's brief is due 30 days after Dow's brief is filed; and

- Dow's cross-reply brief is due 20 days after Danford's brief is filed.


PER CURIAM